| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID L. NEALE (SBN 141225)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: dln@lnbyb.com; kjm@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Debtors and Debtors in Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TITANS OF MAVERICKS, LLC,<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-11181-DS<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?   ☐ Yes  ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☒ Schedule H      ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 3/13/2017

_____
Debtor 1 Signature  DocuSigned by: 930F798B6BC0473...

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                     Page 1                     F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Titans of Mavericks, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:17-bk-11181-DS** |

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cartel Management, Inc.** | **5870 Melrose Avenue Los Angeles, CA 90038** | **Tiedt + Hurd** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.2 | **Cartel Management, Inc.** | **5870 Melrose Avenue Los Angeles, CA 90038** | **Ahn Group** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Cartel Management, Inc.** | **5870 Melrose Avenue Los Angeles, CA 90038** | **Hartnett Smith & Paetkau** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |