Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Titans of Mavericks, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | 2:17-bk-11181-DS |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hartnett Smith & Paetkau  777 Marshall Street  Redwood City, CA 94063 | Tyler Patkov  lilicne@nslawoffice.com | Legal Services | | | | $40,000.00 |
| Tiedt + Hurd  980 Montecito Drive  Suite 209  Corona, CA 92879 | | Legal Services | | | | $38,000.00 |
| American Express  PO Box 981340  El Paso, TX 79998-1540 | | Operating Expenses | | | | $38,000.00 |
| Transition Productions  1046 Princeton Dr. #120  Marina Del Rey, CA 90292 | | Services | | | | $15,426.70 |
| Cattos  111 Dubois Street  Santa Cruz, CA 95060 | | Apparel | | | | $6,908.00 |
| Ahn Group  4372 Neosho Ave  Los Angeles, CA 90066 | Zoe Lec Ahn  zoe@cartel-management.com | July-Nov 2016 | | | | $6,500.00 |
| Vogner Design  2233 Barry Ave  Los Angeles, CA 90064 | Graham Boles  graham@vogner.tv | vfx opening /event lower thirds | | | | $6,000.00 |
| Khoury Bookkeeping & Tax  520 N. Brookhurst St. Suit 200  Anaheim, CA 92801 | | Professional Services | | | | $4,000.00 |

| Debtor | **Titans of Mavericks, LLC** | | Case number *(if known)* | **2:17-bk-11181-DS** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Potato Press**<br>1/20 George St<br>Southport, QLD 4215<br>AUSTRALIA | **Potato Press - Toran Vansleve**<br><br>art2@potatopress.com | **TOM 2016 // Trophies** | | | | $2,800.00 |
| **Cube Services, Inc.**<br>4098 S. McCarran Blvd.<br>Reno, NV 89502 | **Josh Sharply**<br><br>Josh@cubepress.com | **Event Cred** | | | | $1,115.00 |
| **Nikki Brooks**<br>3736 Hilltop Ct.<br>Soquel, CA 95073 | | | | | | $650.00 |
| **Impact Lighting**<br>70 West Ohio Ave, Suite E<br>Richmond, CA 94804 | | **Services** | | | | $352.00 |
| **Savannah Shaughnessy**<br>142 Zinfandel Cr<br>Scotts Valley, CA 95066 | | | | | | $300.00 |
| **Wells Fargo Credit Card Services**<br>P.O. Box 51193<br>Los Angeles, CA 90051-5493 | | **Wells Fargo Business Card** | | | | $286.00 |
| **Pacific RV & Boat Storage**<br>PO Box 3637<br>Santa Cruz, CA 95062 | | **Services** | | | | $100.00 |